RECEIVED

OCT 10 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| CALVIN WASHINGTON | CIVIL ACTION NO. 07-0537 |
| VERSUS | JUDGE DOHERTY |
| MICHAEL J. ASTRUE, COMMISSIONER<br>SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was remanded to United States Magistrate Judge Mildred E. Methvin for a Supplemental Report and Recommendation in consideration of the arguments presented by the claimant in his objection to her initial Report and Recommendation. Specifically, it was remanded for a determination as to whether the matter should be remanded to the Commissioner in light of new medical evidence submitted. After an independent review of the record and the applicable jurisprudence, this Court concludes that the findings in the Supplemental Report and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, IT IS ORDERED, ADJUDGED AND DECREED that this case be REMANDED pursuant to the Sixth Sentence of 42 U.S.C. § 405(g), for further proceedings consistent with the findings in the Supplemental Report and Recommendation issued by the Magistrate Judge.

Lafayette, Louisiana this _10_ day of _October_, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE